■ THE PEOPLE OF STATE OF NEW YORK, Respondent, v VALDEZ AUGUSTINE, Appellant. [23 NYS3d 911]—Appeal by the defendant from an order of the Supreme Court, Kings County (Mondo, J.), dated May 16, 2013, which, after a hearing, designated him a level two sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

The defendant's contention that he was improperly assessed points under risk factors 9 and 10 based upon his prior youthful offender adjudication, in violation of CPL 720.35 (2), is unpreserved for appellate review and, in any event, without merit (*see People v Francis*, 137 AD3d 91 [2d Dept 2016]).

Accordingly, the defendant was properly designated a level two sex offender pursuant to Correction Law article 6-C. Dillon, J.P., Leventhal, Cohen and Maltese, JJ., concur.